UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL J. JONES,

                Plaintiff,

-against-

CHIEF HAZEL JENNINGS; COMMISSIONER CYNTHIA BRANN; CAPTAIN JANE DOE; CAPTAIN JANE DOE; DEPT JANE DOE; CITY OF NEW YORK,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/19/2021

21-CV-2145 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    Counsel for Defendants has moved [ECF No. 21] for leave to serve limited interrogatories on Plaintiff in order to assist them in identifying the "Jane Doe" defendants in this case. That request is GRANTED. Counsel may serve interrogatories on Plaintiff at this time only for the purpose of identifying the Jane Doe defendants included in Plaintiff's complaint. The Law Department's obligation to respond to the Court's *Valentin* order [ECF No. 9] is suspended until it has received a response to the interrogatories. Counsel must inform the Court within two days of receiving a response to the interrogatories. Plaintiff is instructed that he must respond to the interrogatories to the best of his ability.

    The parties must appear for a telephonic status conference on November 4, 2021 at 11:00AM. To join the conference, dial 888-278-0296 and enter access code 5195844#. In the event Plaintiff is unable to join the conference at that time due to constraints related to his incarceration, he should inform the Court as soon as possible.

    In advance of that conference, the parties must confer on a proposed schedule for discovery in this case. Counsel for Defendants should file a Proposed Case Management Plan on the ECF docket at least one week before the conference. By the same date, counsel for

Defendants also must submit a letter explaining whether it has been able to identify any of the Jane Doe defendants and raising any other issues of which the Court should be aware.

The Clerk of Court respectfully is requested to mail a copy of this order to Plaintiff.

**SO ORDERED.**

Date:  **August 19, 2021**                         **MARY KAY VYSKOCIL**
      **New York, NY**                             **United States District Judge**