21-CV-2145

Michael Jones 18A1781
Five Points correctional facility
State Route 96, P.O. Box 119
Romulus, New York, 14541

    I would like to notify the Courts of my address change. I am now housed at thee above address.

                          Michael Jones

RECEIVED
PRO SE OFFICE
SDNY
2021 APR 23 AM 10:23



FIVE POINTS CORRECTIONAL FACILITY
STATE ROUTE 96, P.O. BOX 119
ROMULUS, NEW YORK 14541

NAME: Michael Jones   DIN: 18A1781   LOC: C-1-22

Five Points Correctional Facility

Pro Se
Intake

U.S. District Court
Southern District of New York
Clerks Office
500 Pearl Street
New York NY 10007

RECEIVED
APR 22 2022
CLERK'S OFFICE
S.D.N.Y.

LEGAL MAIL