UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   5/16/2024
```

MICHAEL J. JONES,

                                    Plaintiff,

                 -against-

NEW YORK CITY DEPARTMENT OF
CORRECTIONS et al.,

                                    Defendants.

21-cv-2145 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

      Defendants filed a motion to dismiss this case on October 19, 2023 [ECF Nos. 67, 68].
Plaintiff was required to file his opposition brief by November 13, 2023 [ECF No. 66].  To date,
Plaintiff has not filed an opposition.  The Court, however, will give Plaintiff a final opportunity to
oppose the motion to dismiss.  **Plaintiff must file an opposition by June 3, 2024.  Plaintiff is on
notice that failure to comply with this Order may result in sanctions, including dismissal for
failure to prosecute.**

      The Clerk of Court respectfully is requested to mail this Order to Plaintiff.

**SO ORDERED.**

**May 16, 2024**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**